# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**BRACH EICHLER LLC**
Bob Kasolas, Esq.
Mark E. Critchley, Esq.
101 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-5700
*Attorneys for Defendant US Dealer Services, Inc.*

| | |
|---|---|
| **NATHAN ROWAN,** individually on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**US DEALER SERVICES, INC.,**<br><br>**Defendant** | CIVIL ACTION # 2:21-CV-09945-KM-LDW<br><br>**CLASS ACTION**<br><br>**US DEALER SERVICES, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Day:   January 3, 2022 |

**PLEASE TAKE NOTICE** that Defendant US Dealer Services, Inc. ("USDS" or "Defendant"), by and through its counsel Brach Eichler LLC, will move before the Honorable Kevin McNulty, U.S.D.J. on January 3, 2022 for an Order granting summary judgment in favor of USDS as to Plaintiff's claims, pursuant to Federal Rule of Civil Procedure 56 and Civil Rule 56.1 of the Local Rules of this Court,

In support of the instant motion USDS relies on the attached Memorandum in Support, Statement of Undisputed Material Facts, and the sworn Affidavits of Ganna Freiberg and Mark E. Critchley, Esq., filed contemporaneously herewith.

DATED: December 10, 2021                **BRACH EICHLER LLC**
*Attorneys for Defendant US Dealer Services, Inc.*

By:   */s/ Mark Critchley*
Mark E. Critchley, Esq.
Bob Kasolas, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2021 a true and correct copy of the foregoing Notice of Motion for Summary Judgment has been served via the Court's ECF system on all counsel of record.

*/s/ Mark Critchley*
Mark E. Critchley, Esq.

BE:12245544.1/USD008-280291