# BRACH | EICHLER LLC

Mark E. Critchley
Direct Dial: 973-364-8339
Direct Fax: 973-629-1949
E-mail: mcritchley@bracheichler.com

January 6, 2022

**VIA ECF**
Hon. Kevin McNulty. U.S.D.J.
United States District Court for the District of New Jersey

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey

> **Re: Rowan v. US Dealer Services, Inc., Civil Action No. 21-9945 (KM) (LDW)
> Defendant's Request For Additional Time To File Reply Brief To Motion for
> Summary Judgment To January 14, 2022**

Dear Your Honors:

This firm represents Defendant US Dealer Services, Inc. ("USDS") in the above-referenced matter. Currently pending before the Court is USDS' motion for summary judgment, which was filed on December 10, 2021. After the motion was filed, Plaintiff Nathan Rowan ("Plaintiff") requested an automatic extension pursuant to Local Civil Rule 7.1(d)(5), which extended the motion day to January 18, 2022. Plaintiff filed his opposition on Tuesday, January 4, 2022 at 11:30 p.m. USDS' reply is currently due January 11, 2022. Due to the short turnaround for the filing of its reply brief, USDS respectfully requests an extension to January 14, 2022 to file its reply brief so that it can fully and properly respond to the arguments raised in Plaintiff's opposition brief. Such extension will not affect the current motion day of January 18, 2022. Counsel for Plaintiff consents to this extension request.

Thank you for Your Honors' attention to this matter.

Respectfully submitted,

/s/ Mark E. Critchley
Mark E. Critchley

MEC:
cc: All Counsel of Record (via ECF)

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE:12312001.1/USD008-280291