UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NATHAN ROWAN, individually and on behalf of all others similarly situated,**<br><br>　　　　**PLAINTIFF,**<br><br>v.<br><br>**US DEALER SERVICES, INC.,**<br><br>　　　　**DEFENDANT** | Civ. No. 21-09945 (KM) (LDW)<br><br>**ORDER** |

　　**THIS MATTER** having come before the Court on the motion of Defendant US Dealer Services, Inc. for summary judgment (DE 29); and the Court having considered the submissions of the parties (DE 31, 34) without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

　　**IT IS** this 18th day of July 2022,

　　**ORDERED** that Defendant's motion for summary judgment (DE 29) is **GRANTED**, and the complaint (DE 1) is dismissed in its entirety.

　　The clerk shall close the file.
　　.

　　　　　　　　　　　　　　　　　　/s/ Kevin McNulty

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Kevin McNulty**
　　　　　　　　　　　　　　　　　　**United States District Judge**