## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**NATHAN ROWAN,** individually and on behalf of all others similarly situated,

    *Plaintiff,*

*v.*

**US DEALER SERVICES, INC.,**

    *Defendant.*

No. 2:21-cv-09945-KM-LDW

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Nathan Rowan respectfully provides notice of appeal to the United States Court of Appeals for the Third Circuit of this Court's June 21, 2021 Order granting Defendant's motion for summary judgment (ECF No. 36).

Respectfully Submitted,

Dated: August 17, 2022

/s/ Stefan Coleman
Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
1072 Madison Ave, Suite 1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (*Pro Hac Vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and all others similarly situated*

1

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on August 17, 2022, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Stefan Coleman*